UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLARK BARKINS, | No. C-11-06398 JCS |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| LANEY COLLEGE FINANCIAL AID, | |
| Defendants. | |

Plaintiff Robert Clark Barkins filed an application to proceed *in forma pauperis* ("Application") in the above-captioned matter. He has consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c). The Court granted the Application but dismissed the Complaint pursuant to 28 U.S.C. § 1915(e) on the basis that it could discern no cognizable federal claim. In particular, the court stated as follows:

> The brief factual allegations in Plaintiff's complaint, to the extent they are legible, suggest that Plaintiff's action is based on Defendant's denial of an application for financial aid "because [Plaintiff] didn't passed [sic] the test." . . . However, Plaintiff has not identified any legal grounds upon which the denial might be actionable in federal court.

January 5, 2012 Order [docket no. 6]. Plaintiff was given thirty days in which to amend his complaint.

On January 19, 2012, Plaintiff submitted a letter to the Court (filed on January 20, 2012). The letter is not entirely legible but appears to state as follows: "Laney have student taking Wonder Test and was [illegible] Wonderlic A+B Program. I didn't pass the test But I was eligible For a Federal Pell Grant of up to 5550." January 19, 2012 Letter [docket no. 7].

1

To the extent Plaintiff's letter is offered as an amended complaint, Plaintiff has failed to remedy the deficiency identified in the Court's January 5, 2012 Order. Specifically, the Court can discern no legally cognizable claim. Accordingly, this action is dismissed with prejudice. The Clerk is instructed to close the file in this case.

IT IS SO ORDERED.

DATED: February 13, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge